Martin J. O'BRIEN, as Administrator de bonis non, With the Will Annexed, of the Estate of Garabed Ohanian, Deceased, Plaintiff-Appellee, v. The UNITED STATES of America, Defendant-Appellant.

No. 6778.

Circuit Court of Appeals. Seventh Circuit.
Oct. 13, 1938.

Before SPARKS and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is ordered and adjudged that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed.

O'FALLON ESTATE, Inc., Appellant, v. WALGREEN CO., an Illinois Corporation, et al.

No. 11283.

Circuit Court of Appeals, Eighth Circuit.
Nov. 19, 1938.

Milton H. Tucker and Robert T. Burch, both of St. Louis, Mo., for appellants.

Wilbur B. Jones and Sam Elson, both of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal dismissed, with prejudice, at appellant's costs, but without taxation of attorney's docket fee, which is waived.

OHIO OIL CO., Petitioner, v. Guy A. THOMPSON, Trustee, etc., et al.

No. 11375.

Circuit Court of Appeals, Eighth Circuit.
Dec. 9, 1938.

Thomas H. Cobbs and William H. Armstrong, both of St. Louis, Mo., for petitioner.

Thomas T. Railey, of St. Louis, Mo., for respondents.

PER CURIAM.

Petition for leave to appeal from order of District Court denied for want of jurisdiction.

PATOKA COAL COMPANY v. NATIONAL BITUMINOUS COAL COMMISSION.

No. 6561.

Circuit Court of Appeals, Seventh Circuit.
Feb. 16, 1939.

Before SPARKS and MAJOR, Circuit Judges.

PER CURIAM.

Upon all the papers and proceedings heretofore had in this action, now, upon motion of the respondent, dated the 6th day of February, 1939.

It is hereby ordered that the order of this court dated the 17th day of February, 1938, granting an injunction pendente lite be set aside, and the injunction vacated, and the petition be, and the same hereby is dismissed, without costs to either party, on the ground that this cause has become moot.